**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 18-6358**

_____

GEORGE CARTER,

       Plaintiff - Appellant,

    v.

J. PATRICIA WILSON SMOOT; BRICK TRIPP; MELISSA WEST; PATRICIA HALLEY; G. SECTON; S.A. ASKEW,

       Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:17-ct-03024-BO)

_____

Submitted: September 28, 2018           Decided: October 9, 2018

_____

Before NIEMEYER, MOTZ, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

George E. Carter, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George E. Carter appeals the district court's order dismissing under 28 U.S.C. § 1915A(b) (2012) his civil rights complaint, which the court construed as filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Carter v. Smoot*, No. 5:17-ct-03024-BO (E.D.N.C. Mar. 22, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*